*Tuesday, May 1, 2001*

## MOTION DOCKET

**01–807.   State v. Scott.**
Cuyahoga App. No. 79506. This cause is pending before the court as an appeal from the Court of Appeals for Cuyahoga County.

IT IS ORDERED BY THE COURT, *sua sponte,* that oral argument be set for Wednesday, May 9, 2001, at 2:30 p.m. Oral argument shall be limited to twenty minutes per side.

DOUGLAS, RESNICK and COOK, JJ., dissent.

## MISCELLANEOUS DISMISSALS

**00–1913.   State ex rel. Ohio Patrolmen's Benevolent Assn. v. Medina Cty. Sheriff.**
In Mandamus. This cause originated in this court on the filing of a complaint for a writ of mandamus. Upon consideration of the joint application for dismissal,

IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

*Wednesday, May 2, 2001*

## MERIT DOCKET

**00–2270.   Indus. Energy Users–Ohio v. Pub. Util. Comm.**
Public Utilities Commission, Nos. 00–02–EL–ETP, 99–1168–EL–ETP, 99–1212–EL–ETP, 99–1658–EL–ETP and 99–1729–EL–ETP. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY and LUNDBERG STRATTON, JJ., concur.

PFEIFER, J., dissents.

COOK, J., not participating.

On motion for leave to intervene of Dayton Power & Light Company. Motion denied as moot.

PFEIFER, J., dissents.

COOK, J., not participating.